# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:10cv206

| | |
|---|---|
| WILLIAM K. YOUNG, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| INGLES MARKETS, INC., A North ) | |
| Carolina Corporation, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the court on periodic case review. Review of the pleadings reveals that the deadline for designation of a mediator, October 27, 2010, has passed with no designation.

## ORDER

**IT IS, THEREFORE, ORDERED** that the parties file their designation of mediator not later than March 18, 2011.

Signed: March 14, 2011

_____
Dennis L. Howell
United States Magistrate Judge